IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DA'VHON YOUNG,

   *Plaintiff*,

v.                                        Case No.: 4:25cv321-MW/MAF

ROBERT KELLY and
TALLAHASSEE POLICE
DEPARTMENT,

   *Defendants*.
_____/

## ORDER ADOPTING IN PART AND REJECTING IN PART REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted in part and rejected in part** as this Court's opinion, insofar as this Court exercises its inherent authority to dismiss this case for Plaintiff's failure to truthfully disclose his litigation history. *See McNair v. Johnson*, 143 F. 4th 1301, 1308 (11th Cir. 2025). The Clerk shall enter judgment stating, "Plaintiff's complaint is **DISMISSED without prejudice,** pursuant to this Court's inherent authority to manage its docket, for Plaintiff's failure

to truthfully disclose his litigation history." The Clerk shall close the file.

**SO ORDERED on August 19, 2025.**

<u>s/Mark E. Walker</u>
**United States District Judge**